

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  ANTONIO CORREIA, Debtor | Ch. 13 <br> 18-13353-FJB |
| NATHANIEL VASALLO, Plaintiff, <br> *v.* <br> ANTONIO CORREIA, DORA AJA, GREENVILLE REALTY, LLC and CAROLYN A. BANKOWSKI, Defendants | Adversary Proceeding <br> 19-01025-FJB |

**Order**

**MATTER:**

#59: Motion filed by Plaintiff Nathaniel Vasallo to Extend Time to Comply [Re: 21 Pre-Trial Order]

Granted as follows: the time for completion of discovery is extended to November 30, 2019; the time for filing dispositive motions is extended to December 23, 2019; and the time for filing a joint pretrial memorandum is extended to December 30, 2019.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 10/15/2019